### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**STEVE MARTIN BREWER**                                                                 **PLAINTIFF**

v.                                   **CASE NO. 3:12CV00309 BSM**

**IZARD COUNTY JAIL,** *et al.*                                                        **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge Joe Volpe have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff Steve Brewer's complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2.     This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. Section 1915(g).

3.     It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 26th day of March 2013.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE