## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STEVE MARTIN BREWER**                                                                                     **PLAINTIFF**

**v.**                            **CASE NO. 3:12CV00309 BSM**

**IZARD COUNTY JAIL,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith

Dated this 26th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE